```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :   98cr734(DLC)
 UNITED STATES OF AMERICA,                :
                                          :        ORDER
             -v-                          :
                                          :
 FIASESE AKLAH,                           :
                      Defendant.          :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the conference to address the specification of violation of supervised release scheduled for September 26 is adjourned to **October 4, 2023 at 2:00 PM** in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
           September 25, 2023

                                          _____
                                              DENISE COTE
                                United States District Judge