```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :      98cr734(DLC)
                                     :
        -v-                          :      ORDER
                                     :
FIASESE AKLAH,                       :
                                     :
                Defendant.           :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

For the reasons set forth on the record at the November 3, 2023 violation of probation sentencing, it is hereby

ORDERED that the defendant Fiasese Aklah (U.S.M. #42214-054) is sentenced to time-served and released from the custody of the United States Marshal's Service.

Dated:  New York, New York
        November 3, 2023

                                                            _____
                                                              DENISE COTE
                                          United States District Judge